# CASE ANNOUNCEMENTS

*February 14, 2008*

[Cite as *02/14/2008 Case Announcements,* 2008-Ohio-564.]

## MOTION AND PROCEDURAL RULINGS

**2007–1819. Louden v. A.W. Chesterton Co.**
Cuyahoga App. No. 90184. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellants' motion to consolidate this case with 2007–1821, *Louden v. A.W. Chesterton Co.,* Cuyahoga App. No. 90185,

It is ordered by the court that the motion is granted.

It is further ordered by the court that briefing in this case and 2007–1821 shall be consolidated. The parties shall file two originals of each of the briefs permitted under S.Ct.Prac.R. VI and include both case numbers on the cover page of the briefs. The parties shall otherwise comply with the requirements of S.Ct.Prac.R. VI.

**2007–1821. Louden v. A.W. Chesterton Co.**
Cuyahoga App. No. 90185. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration thereof,

It is ordered by the court, sua sponte, that this case is consolidated with 2007–1819, *Louden v. A.W. Chesterton Co.,* Cuyahoga App. No. 90184.

It is further ordered by the court that briefing in this case and 2007–1819 shall be consolidated. The parties shall file two originals of each of the briefs permitted under S.Ct.Prac.R. VI and include both case numbers on the cover page of the briefs. The parties shall otherwise comply with the requirements of S.Ct.Prac.R. VI.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2008–0183. State ex rel. Clark v. Air Technologies, Inc.**
Franklin App. No. 07AP–153.

**2008–0305. Plazamill Ltd. Partnership v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2006–M–398.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2007–2213. Fife v. Greene Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2006–V–783.